# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50408
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
February 9, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Francisco Javier Ruelas Sifuentes,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:24-CR-2483-1

_____

Before Clement, Richman, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Francisco Javier Ruelas Sifuentes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ruelas Sifuentes has not filed a response. After reviewing counsel's brief and the relevant portions of the record herein, we

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50408

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is hereby DISMISSED. *See* 5TH CIR. R. 42.2.